# OFFICES OF FREDERICK P. HAFETZ *LLC*

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER: (212) 997-7646

MEMO ENDORSED

September 11, 2020

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Re: *United States v. Gabriel Letizia Jr.,*
> 19-CR-548 (KMK)

Dear Judge Karas:

I am writing to request a two-week extension of time to file my pre-trial motions which are due on September 15 and a similar extension of time for the government to file its opposition brief and me to file a reply brief. There has been one previous request for an extension of time to file by me, which was granted.

The government has no objection to this request. The reason for the request is that there are several complex issues pertinent to the motion which need further discussion with the government before I am able to file the brief.

Mr. Letizia agrees to a tolling of the Speedy Trial Act consistent with his request for a new pre-trial motion schedule.

Granted. Time is excluded until 9/28/20 to give counsel adequate time to file pre-trial motions. The interests of justice from this exclusion outweigh Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

Respectfully submitted,

_____S/S_____

Frederick P. Hafetz

So Ordered.
cc: All counsel (via ECF)

9/11/20