# OFFICES OF FREDERICK P. HAFETZ *LLC*

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

**MEMO ENDORSED**

September 23, 2020

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *United States v. Gabriel Letizia Jr.,*
19-CR-548 (KMK)

Dear Judge Karas:

I am writing to request a further extension of time for the Defendant to file pretrial motions in this case. The motions are presently due on September 28. There have been two previous extensions of time, both of which were granted by the Court.

In my last request for an extension of time I stated that the extension of time was necessary because the government and I were discussing additional material and information needed from the government with regard to issues in my pretrial motions. The government has advised me that additional time will be needed for clarification of issues raised in my motion. Accordingly, I am requesting an extension of time for the filing of my pretrial motions from September 28 to October 28, 2020.

The government has advised me that it has no objection to this requested extension of time.

Granted. Time is excluded until 10/28/20, in the interests of justice, to allow Defendant and the Government to clarify certain issues related to Defendant's Motion. The interests of justice from this exclusion outweight Defendant's and the public's interest in a speedy trial.

Respectfully submitted,

_____S/S_____

Frederick P. Hafetz

So Ordered.

cc: All counsel (via ECF)

9/23/20