# Offices of Frederick P. Hafetz LLC

ATTORNEYS AT LAW

10 East 40th Street, 48th Floor
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

October 19, 2020

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    <u>United States v. Gabriel Letizia Jr.,</u>
              19-CR-548 (KMK)

Dear Judge Karas:

      I am writing to request a further extension of time for the Defendant to file pretrial motions in this case. The motions are presently due on October 28. There have been three previous extensions of time, all three of which were granted by the Court.

      In my last request for an extension of time I stated that the extension of time was necessary because the government and I were discussing additional material and information needed from the government with regard to issues in my pretrial motions. Both the government and I believe that additional time is still necessary to resolve issues relevant to my prospective pretrial motions. Accordingly, I am requesting an extension of time for the filing of my pretrial motions from October 28 to November 18, 2020.

      The government has advised me that it has no objection to this requested extension of time.

      Respectfully submitted,

          S/S

      Frederick P. Hafetz