**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2020

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
Southern District of New York
White Plains, NY 10601-4150

      Re:    *United States v. Gabriel Letizia, Jr.*, **19 Cr. 548 (KMK)**

Dear Judge Karas:

      On October 19, 2020, the Court, at the defendant's request, extended the time for the defendant to file pretrial motions in this case from October 28 to November 18, 2020. (Dkt. No. 36). The Government, with the defendant's consent, respectfully requests that the Court exclude time under the Speedy Trial Act through November 18, 2020, in order to provide the parties with additional time to resolve issues relevant to the defendant's pretrial motions and to allow defense counsel additional time to prepare and file motions.

Granted. Time is excluded until 11/18/20, in the interests of justice,to allow the Parties to resolve certain issues related to the putative pre-trial motions and to allow counsel adequate time to prepare the motions. The interests of justice from this exclusion outweigh Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

So Ordered

10/26/20

By:    /s/ Olga Zverovich

Olga Zverovich
Assistant United States Attorney
Tel: (212) 637-2514

*Enclosure*