

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 24, 2020

The Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
Southern District of New York
White Plains, NY 10601-4150

    **Re:**   *United States v. Gabriel Letizia,* **19 Cr. 548 (KMK)**

Dear Judge Karas:

    The Government and defendant Gabriel Letizia, by counsel Frederick P. Hafetz, jointly request that the Court schedule this matter for a waiver of indictment, arraignment on an information, and change of plea hearing on one of the following dates:

- January 7, 2021
- January 12, 2021, before 2:00 p.m.
- January 14, 2021, after 1:00 p.m.

    The Government also respectfully requests that time be excluded under the Speedy Trial Act from the date of the signing of this requested order through the scheduled date for the change of plea hearing, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), to enable the parties to resolve this case short of trial. The Government submits that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. On behalf of the defendant, Mr. Hafetz has consented to the exclusion of this time.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By: */s/ Jeffrey C. Coffman*_____
    Jeffrey C. Coffman
    Assistant United States Attorney
    Tel.: (914) 993-1940

Cc:    Frederick P. Hafetz, Esq. (BY ECF)