# OFFICES OF FREDERICK P. HAFETZ LLC

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

**MEMO ENDORSED**

January 13, 2020

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Gabriel Letizia Jr.*,
19-CR-548 (KMK)

Dear Judge Karas:

    I represent defendant Gabriel Letizia, Jr. in the above-entitled case together with George Weinbaum. The guilty plea proceeding for Mr. Letizia is presently scheduled for February 11, 2021 at 11am. Mr. Weinbaum and I respectfully request that the plea date be adjourned to a date in April. We respectfully request that the Court schedule a telephone conference for the purpose of discussing our request.

    Mr. Letizia, Mr. Weinbaum and I would like to have the proceeding conducted in person so that we can all be present in the courtroom at that time. Because of the coronavirus situation, we do not think that it will be possible for us to attend a proceeding in the courthouse on February 11. We would greatly appreciate the opportunity to discuss this request with the Court in a telephone conference at a time convenient for the Court.

Respectfully submitted,

S/S

Frederick P. Hafetz

cc: All counsel (via ECF)

*The Court will hold a telephone conference on 2/12/2021 at 11:00.*

SO ORDERED

KENNETH M. KARAS, U.S.D.J.
1/14/2021