# OFFICES OF FREDERICK P. HAFETZ LLC

ATTORNEYS AT LAW

**MEMO ENDORSED**

420 LEXINGTON AVENUE SUITE 2818
NEW YORK, NY 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

April 19, 2021

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *United States v. Gabriel Letizia Jr.*,
                  19-CR-548 (KMK)

Dear Judge Karas:

      In regard to the change of plea proceeding for my client Gabriel Letizia in the above-entitled case, which is scheduled for May 14, 2021 at 11:30am, I respectfully request, pursuant to the CARES Act, §(b)(3) and §(b)(5) and the order of the chief judge of the United States District Court for the Southern District of New York dated December 18, 2020, that the proceeding be conducted remotely rather than in person. Mr. Letizia wishes to waive his right to appear in person before your honor and will confirm this at the proceeding on May 14.

      Thank you for your consideration.

Granted. The Court finds that the 5/14/21 proceeding can go foward remotely, because delaying the proceeding to be done in-person would jeopardize the interests of justice.

      Respectfully submitted,

So Ordered.

                                                  S/S

4/19/21

                                        Frederick P. Hafetz

cc: All counsel (via ECF)