# OFFICES OF FREDERICK P. HAFETZ LLC

ATTORNEYS AT LAW

---

420 LEXINGTON AVENUE SUITE 2818
NEW YORK, NY 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

**MEMO ENDORSED**

April 20, 2021

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

           Re:    *United States v. Gabriel Letizia Jr.*,
                    19-CR-548 (KMK)

Dear Judge Karas:

      The Court today approved my request that the guilty plea proceeding for my client Gabriel Letizia in May be conducted remotely. The government advised me today that, pursuant to the CARES Act and the standing order of Chief Judge McMahon dated December 18, 2020, the Court needs to make a finding that the plea proceeding "cannot be further delayed without serious harm to the interests of justice." I am submitting this supplement letter for the purpose of requesting the Court to make that finding.

      This matter, commencing with the investigation in 2017 and resulting in indictment in 2019, has now been pending against Mr. Letizia for four years. It has caused serious stress in his life and he now has significant cardiac problems. He wishes to proceed as soon as possible with the guilty plea and that it not be postponed any further.

      I also want to note that the change of plea proceeding has been scheduled for May 4. In my letter to the Court yesterday I mistakenly stated that it was scheduled for May 14. I apologize for that error and request that the Court reinstate the previously scheduled date of May 4 for the change of plea proceeding.

Respectfully submitted,

           S/S

Frederick P. Hafetz

Granted. The Court finds that further delay of the change of plea proceeding would risk serious harm to the interests of justice under the CARES Act.

So Ordered.
[signature]
cc: All counsel (via ECF)
4/27/21

# OFFICES OF FREDERICK P. HAFETZ LLC

ATTORNEYS AT LAW

420 LEXINGTON AVENUE SUITE 2818
NEW YORK, NY 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646