# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: April 30, 2021

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

                Plaintiff            **SCHEDULING ORDER**

   -against-                       7:19-cr-00548-KMK

Gabriel Letizia
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a change of plea hearing for 5/4/2021 at 12 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: April 30, 2021
        White Plains, New York

                                        SO ORDERED:

                                        s/      PED
                                        _____

                                        PAUL E. DAVISON
                                        United States Magistrate Judge