UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                               Plaintiff,            **MEMORANDUM**

      -against-                               7:19cr-00548-KMK

Gabriel Letizia
                              Defendant.
-------------------------------------------------------------x

TO:  <u>Kenneth M. Karas, United States District Judge:</u>

     Please find attached a transcript of the 5/4/2021 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: May 19, 2021
       White Plains, New York

                                                   Respectfully Submitted,

                                                   s/ Paul E. Davison

                                                   _____
                                                   PAUL E. DAVISON
                                                   United States Magistrate Judge