# Offices of Frederick P. Hafetz *LLC*

ATTORNEYS AT LAW

---

420 Lexington Avenue Suite 2818
New York, NY 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

November 29, 2021

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Re:     *United States v. Gabriel Letizia Jr.,*
>          19-CR-548 (KMK)

Dear Judge Karas:

I am writing to request that the sentencing date for my client Gabe Letizia be adjourned to February 10, 11 or 25 from the presently scheduled date of December 16.

The reason for this request is that Mr. Letizia is undergoing a series of medical tests during the months of December and January including tests to determine whether he will need surgery.

The government has advised me that it has no objection to the requested adjournment. Regarding a date in February the government has advised that it is available any date except for February 14 and 23.

                                        Respectfully submitted,

                                        _____S/S_____

                                        Frederick P. Hafetz

cc: All counsel (via ECF)