

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 15, 2022

**By ECF**
The Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
Southern District of New York
White Plains, NY 10601-4150

    Re:    *United States v. Gabriel Letizia, Jr.,* S1 19 Cr. 548 (KMK)

Dear Judge Karas:

    At defendant Gabriel Letizia's request, by Order dated February 9, 2022 the Court scheduled a teleconference for February 16, 2022, to address the defendant's request for a six-month adjournment of Mr. Letizia's February 25, 2022 sentencing. (Dkt. No. 66). Counsel for the parties have been in continuing communication regarding the defendant's requested adjournment. The defendant recently provided the Government a signed medical records release and additional information regarding his upcoming medical appointments. The Government is attempting to confirm the status of the defendant's medical conditions and treatment with his multiple medical treatment providers, but does not anticipate that it will receive the necessary information prior to the February 16, 2022 teleconference.

    Accordingly, the Government respectfully requests that the Court adjourn sentencing approximately one month from the previously scheduled date of February 25, 2022,[1] and cancel the scheduled February 16, 2022 teleconference.

    The defendant, by counsel Frederick P. Hafetz, has no objection to this request.

    After the Government receives information from the defendant's treatment providers, the Government intends to update the Court and counsel for Mr. Letizia regarding the Government's position as to Mr. Letizia's request for a longer adjournment of sentencing.

---

[1] Counsel for Mr. Letizia is not available on March 30 or 31, 2022.

Thank you for your consideration.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

        By: */s/ Jeffrey C. Coffman*
                Jeffrey C. Coffman
                James F. McMahon
                Olga Zverovich
                Assistant United States Attorneys
                Tel.: (914) 993-1940

Cc:    Frederick P. Haftez, Esq. (BY ECF)
        George Weinbaum, Esq. (BY ECF)
        Nichole Brown-Morin, U.S. Probation Officer