# Offices of Frederick P. Hafetz LLC

ATTORNEYS AT LAW

420 Lexington Avenue suite #2818

New York, New York 10170

TELEPHONE: (212) 997-7595

TELECOPIER. (212) 997-7646

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

March 21, 2022

Re:   United States v. Gabriel Letizia Jr.,
      19-CR-548 (KMK)

Dear Judge Karas,

On behalf of my client Gabriel Letizia, I am writing to request an adjournment of the currently scheduled sentencing date in April to May 18, 2022.
The government has advised me that it has no objection to this request.

Respectfully submitted,

_____/s/_____
Frederick P. Hafetz

cc: All counsel (via ECF)
AUSA James McMahon
AUSA Olga Zverocich
AUSA Jefferey Coffman
George Weinbaum