# EXHIBITS TO DEFENDANT GABRIEL J. LETIZIA'S

## SENTENCING MEMORANDUM

Date: May 4th, 2022

New York, NY

OFFICES OF FREDERICK P. HAFETZ

Frederick P. Hafetz

420 Lexington Avenue #2818

New York, NY 10170

George Weinbaum

12860 East Desert Trail

Scottsdale, AZ 85259

Attorneys for Defendant Gabriel J. Letizia, Jr.

# EXHIBIT #1:

# Letter by Gary Michael Letizia

The Honorable Kenneth M. Karas

United States District Judge

Southern District of New York

The Hon. Charles L. Brieant Jr.

Federal Building and United States Courthouse

300 Quarropas St.

White Plains , NY 1601-4150

Dear Judge Karas:

My name is Gary Michael Letizia. I am the younger brother of Gabriel Joseph Letizia. I am a studied musician who for the past thirty years has been involved in the antique furniture industry. My expertise is in seventeenth century French and English furniture. I have run a highly regarded restoration studio specializing in restorations, repair and sometimes re selling of these types of pieces. My studio was called in by many high end insurance companies such as Chubb , Pure and Travelers to work with them on loss mitigation for antiques and modern furniture. Antiques are part of our global history and having the opportunity to handle and work with them over the past years has been extremely rewarding.

I am aware that my brother Gabriel has pleaded guilty and is going to be sentenced in a criminal case. I would like to try and shed a light on Gabriel as the person who has been a positive force in my life for the past 67 years.  Gabriel is generous, humble and kind. He has always been the glue that has held our family together.

I am one of four siblings of which Gabe is the oldest. Our mother suffered from alcohol abuse which led to the broken home that we came from. When I stated that Gabe was the glue that held our family together, I'm not stating that lightly. During our younger years there was always turmoil in our home due to our mother's alcohol addiction. She had an explosive personality and Gabe caught the brunt of it on many occasions. One time after Gabe had misbehaved our mother made him pack a suitcase and told him to leave the house and go live in the

children's orphanage. Gabe couldn't have been more than eight years old. My memory of that day still resonates deeply with me, to see your older brother in tears pleading with his unstable mother to please don't make me go to the home can still bring me to tears. I think the year was 1965 or 1966 our mother tried to commit suicide by overdosing on barbiturates. It was Gabe and our older sister Geri that found her unresponsive on the floor of her bedroom. It was Gabe's quick thing and swift actions that saved her life. The very same child that a few years earlier she was going to send to an orphanage. Gabe was probably 12 years old at the time. My younger sister and I were quickly sent to a neighbors home as to not have to witness what was happening in our home. I'm sure that both Gabe and Geri carry the scars from that day. Not long after our mother's suicide attempt our parents relationship started to visibly crumble. The stress and alcohol abuse had taken its toll on all of us. A few years later our parents decided to split up and filed for divorce. In 1966 divorce was not common, and for a mother to choose to leave four young children can only prove to show the depths of her abuse. Again in 1966 there was a very real chance the social workers from the Child Protection Agency would try and split us up and place us in a more stable environment. Gabe was instrumental in keep us together as a family. We all had to take on new responsibilities and we all had to pitch in and help out with the chores of running a household. But it was Gabe that was instrumental in keeping it together. He basically prevented any harm to our family by making sure the house was clean, laundry was done and there was food on the table. I will forever be grateful for his unselfish kindness that helped get us through a very turbulent time. I should note here that our father was also a large force in our lives ,but working ten hours a day left him little time , but his financial support and love was always there.

As a young adult it was Gabe that introduced me to some of my first concert shows in the New York area. We are both studied musicians and share a love of different cultures and their music. We come from a long line of musician. Our aunt and uncles on our father's side performed at various cabarets, night clubs and social functions. Gabe and I both took that path for a while and Gabe was always there making sure thing were running smoothly.

Marriage and the responsibility of raising a family called to both of us, and we saw each other less frequently. I chose the path of becoming a musician and Gabe followed his passion for science. While I earned a living, Gabe continued to study hard and further himself academically. It wasn't long before Gabe had built a solid foundation for his future. I cannot stress enough how hard he worked

while first starting out with his dream of running a medical testing laboratory. Juggling two jobs and working long hours in his newly formed laboratory , along with a two hour commute to home , had a devastating effect on his family that sadly ended in a divorce.

Some years past and I found myself in the same position Gabe had been in earlier in his life. I was now in the process of a divorce and Gabe was right by my side. He was going on a spiritual mecca to India to visit many of the temples of the Hindi deity Shiva and asked me if I would like to come along. Not having the funds needed for a three week trip to India, I initially passed on his offer. But Gabe being who he is pressed on and funded my entire end of the trip. It was one of the greatest trips of my life for a couple of reasons. First I would never have the funds or the time to travel to a place as magical, beautiful and wondrous as India. And second because it gave Gabe and I time to reestablish our relationship as middle aged men. One time during our trip were we staying at Sai Baba's ashram in Putapparthi south India. Sai Baba's philosophy of life is "Love All, Serve All, Help Ever. Hurt Never Gabe has taken that philosophy for his own life as well. Gabe continues to support the teachings and good deeds of Sai Baba to this day.

Gabe has always been a very kind and generous person. He is that type of person who will call or even show up if he is told of some who is in real need. Twenty years ago my son Cayne Letizia had just graduated from Fordham University with a Masters Degree in education and was looking to purchase a co-op in Yonkers NY. He had some, but not all the funds needed for the down payment. Hearing about his situation Gabe called him and by the end of their conversation Cayne had enough for the down payment. Five years later the co-op was sold at a profit the loan money was offered back but Gabe refused saying instead to use it as a down payment on the new home he was purchasing. There was one stipulation which was Cayne would help someone in need if he could. Now Cayne has started a micro fund with the intention of helping people who need small amounts of money and are seen as a risk by the banks. They have completed three loans so far and continue to fund drive so to grow the investment. We have a cousin and her husband who both lost their jobs and were having difficulty finding new ones. They were in danger of losing their family home. Gabe first offered my cousin a position and then a short time later offered her husband a position as well. They ended up not losing their home and continued working for him for a number of years. Gabe has personally helped me out a number of times. Once my work truck with 200,000 miles just gave out. Not

having extra money for a down payment for a new truck, I was going to purchase a used one. It was Gabe who stepped up and offered to put a down payment on a new truck for me. Now years later I still own that truck and still use it for business. That would not have happened if it were not for Gabe. Gabe has been very generous to me by offering me vehicles that he was trading in. Once he told me he wasn't happy about the amount of money being offered by the dealership, and said that he would rather give the car to me then see the dealer try and take advantage of him. The car was three years old and in impeccable condition. Another act of kindness by him. He never looks for or expects anything back when he is helping someone. A few years back Gabe approached me with an idea. He was reading about a tax free college tuition program called 529. He said wouldn't it be great if our children didn't have to worry about where they are going to get the money for the children's education. He then initiated funding for all six of his grand nieces and nephews as well as his own two grandchildren by giving them a very generous gift. It is just the type of person he is.

Gabe is not only generous, but forgiving. When our mother, who was retired had a need for extra income it was Gabe that offered her a job and helped her. He had long forgiven her years ago as we all did, for poor choices made when she was younger. She continued working three days a week with Gabe up until the time of her death in 2015. Gabe also did the same for an uncle of ours that was in need of employment. This was a beloved uncle who had fallen on hard times. Gabe made a position for him and kept him employed up until the time of his death.

It saddens me have to write this character reference. Not because it's a burden to me, which it certainly isn't. But because of the uncertainty that my brother now faces. I have only touched the surface of who Gabe is, how much he means to people and how he has helped and continues to help even in his own time of need. He is an exemplary person in these times. He lives a simple life. He has compassion and love for those around him. He is always willing to help the less fortunate whether they are in his neighborhood or in Putapparthi India.

Sincerely,

Gary Michael Letizia

# EXHIBIT #2:

# Letter by Geraldine Pelliccio

EXHIBIT #2

Geraldine Pelliccio
1 Yarmouth Road
Purchase, New York 10577
August 20, 2021

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Honorable Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Dear Judge Karas:

I understand that my brother, Gabriel Letizia, is facing sentencing in a criminal case.  The charges lodged against him have sent shock waves through our family, and I am grateful to have the opportunity to provide some insight into the person I know Gabe to be, one who historically has been the one our family looks to for his strength of character and his heart.

Just this week, I retired from a rewarding teaching career, a career I could not have dreamed possible back in the days when Gabe and I were youngsters. Those were days when Gabe and I, the two eldest of four siblings, were thrown into a frightening adult world.  We were on the front lines of a mother who suffered from alcoholism and mental illness.  She had a wicked temper which was often directed at us.  Gabe suffered beatings on a regular basis.  Sometimes, Mom would put him in a closet and lock the door.  I was so afraid of her; I did my best just to steer clear.

Although I am one of four siblings, Gabe is firstborn and I am next. We two witnessed things no child ever should have seen at our tender ages. One night, when we were in early grammar school, I discovered my mother's unconscious body on her bedroom floor. My bedroom was right next to my parents' room. I heard Mom trying to dial the phone over and over and then a thud as the phone and her body hit the floor. Terrified, I screamed for Gabe. He is only two years older than me, but he was strong and steady.  He took over, calling the police and sending me out to get the neighbor.  When I returned, he had administered CPR from the directions given to him by the phone operator.  Gabe saved our mother's life that night. It is this kind of courage and intelligence that helped us all to survive the traumatic times that we four children faced.  Sadly, it wasn't the only suicide attempt, but Gabe had established himself as the one steady and level-headed enough to pull us through.

When social workers made their visits after Mom's early suicide attempt, Gabe may have been young, but he was perceptive and intelligent enough to know what those visits meant.  With a

father who worked six days a week from early morning until six or seven in the evening, Gabe knew that our family could be separated if we didn't demonstrate that we were able to function well and maintain a normal home life. I can still remember the four of us sitting on the bed in my room as Gabe told us how essential it was for us to remain together, and he knew how we could do it. We had to step up and be responsible for our school work and our home. We were in this together, but with Dad working so many hours, Gabe's oversight of us was critical to our family's future together. We took care of ourselves, attended school each day, and did our homework. Gabe helped us to see there was too much at stake to do otherwise. I don't know how he always rose to the occasion, but he did, and he still does.

Whenever my life has thrown me a hardship, my first instinct is to look to Gabe for his advice and his strength. When I was in my mid-40's, I was diagnosed with breast cancer. I survived a mastectomy and chemotherapy. Although I have a strong and supportive husband, cancer affects spouses nearly as much as the patient. My husband could only be so present for me, and when he needed help, of course, it was Gabe who stepped up. I recall one particularly bad chemo treatment. I was in bed feeling awful. My husband needed to be at work, and my daughter at school. I assured them both that I was fine when actually, I really was afraid to be left alone. I drifted off into a light sleep and when I woke, who was sitting at my bedside? Of course, it was Gabe. He was praying. We stayed together, talking, crying, and planning a future without cancer for me. That's Gabe.

Together, Gabe and I surmounted odds that would have emotionally and developmentally crippled others. We have been fortunate to have had devoted family members, but one, in particular, comes to mind now. Our paternal grandmother was a major influence on both of us. You would think this woman would despise the daughter-in-law that sent our family into a tailspin, but she didn't. Instead, she taught us by example how to be accepting, loving, and forgiving. And, she prayed always! When I woke that day to find Gabe praying at my bedside, I felt a deep sense of comfort. Nana may have been long gone at this point, but Gabe was her best student. I have been a witness to the roots of Gabe's goodness and his continued care for the lives of others.

Several years ago, when my married daughter was facing serious, unexpected financial turmoil, Gabe showed up for breakfast one Sunday morning. He often stopped by my home for a visit, but this time was different. He had heard about my daughter's situation and without hesitation, came to see if I was alright. He knows all too well that unfortunately, I'm the sibling who reacts to serious stress with physical ailments, a remnant of my childhood trauma. And there he was, once again, trying to fix it. He gave me a generous monetary gift for my girl on the condition that she and her husband not pay it back but pay it forward.

It shouldn't come as a surprise that Gabe fully forgave and accepted our mother into his life for as long as she lived. I had a much harder time with it, but during her last week of life, she was in terrible pain and so afraid of dying. The four of us took turns at her bedside to ensure she had at least one of us with her all day. No matter how early in the morning I would arrive at the hospital, Gabe was always there before me praying, soothing, and calming her as she left us

and this world.  He was the one she trusted most with all of her final wishes, and he was the one who brought her the most comfort.

There are many of these shared memories that I have stored away over the years.  The therapist I saw over three decades could attest to them all, but one truth stands out.  Gabe was born into a life that thrust him into a live-or-die existence.  He survived it by sheer strength of character, heart, and deep faith.  I am praying that you will take into consideration all that I have poured out in this letter, and I thank you for the opportunity to reveal the true Gabe.

Sincerely,

*Geraldine Pelliccio*

Geraldine Pelliccio

# EXHIBIT #3:

# Letter by Joanne DePinto

Joanne DePinto
101M Rockledge Road
Hartsdale, New York 10530
(914) 309-8522

February 1, 2021

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Dear Judge Karas:

I am writing in reference to Mr. Gabriel Letizia and am aware that he is facing sentencing by the court. He is my best friend, Gail Letizia's brother, whom I have known for 53 years.

For the last 28 years, I have been a Preschool Teacher. Prior to that, I have worked as an administrative assistant to the president and vice president of a private company, a corporate law firm, the Westchester County District Attorney's Office, and to a private attorney. Before changing my career into teaching and becoming a mother of two, I began working at CBS as a legal assistant in the broadcasting department, and was promoted to be William S. Paley's (the President and CEO of CBS) legal assistant.

Growing up, I always felt welcomed by Gabe and practically lived at their home since I was 12 years old. Gabe's mom left the family when he was just 14 years of age and Gail was 8 years old. They were raised by one of the most amazing, loving, and hard working fathers that I have ever known but he was gone long hours working hard to support his 4 children alone.

I always remember Gabe taking on the parental role of the father with his siblings, as well as myself. He made sure that they had everything that they needed, such as, all homework was completed and submitted on time, dinner

was on the table every night at 6:00 p.m., laundry was done, they were driven (by car or bicycle) to religious instruction, and everyone had sufficient clothing. I have such special memories having shared in those family meals. Their home was my home.

Gabe is a very good man. He is extremely kind and generous. I will never forget the day I visited him with my 2 young children and I just mentioned, "I love your inspirational rock collection." He replied, "They're yours!" and handed them to me. I cherish those rocks to this day and keep them on my table in my living room. My son later noticed a set of conga drums and began hitting them and Gabe said, "They're yours James!" The look on my 3 year old son's face that day was so priceless and precious. My son is 31 years old and still has and plays those congas in his home today."

Gabe's goodness went above and beyond, always taking care of less fortunate people, and just with people in general. He has a heart of gold and lived an extremely selfless life, while always thinking about what he could do for others. Gabe would give you the shirt off his back without thinking twice. He is a warm, loving, considerate man who is always so much fun to be around. I have nothing but great and fond memories of our times together.

Sincerely yours,

Joanne DePinto

# EXHIBIT #4:

# Letter by Gail Letizia LaRotonda

Gail M. Letizia LaRotonda
16 Saxon Wood Park Drive
White Plains, New York 10605

The Honorable Kenneth M. Karas                              June 15, 2021
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant, Jr.
Federal Building and United State Courthouse
300 Quarropas Street
White Plains, New York  10601-4150

Dear Judge Karas:

Thank you for allowing me this opportunity to speak on behalf of my brother, Gabriel Letizia.

I am aware of what Gabe has pled guilty to and the range of sentence possibilities that Your Honor can impose.

Since 1980 to present I have worked as a freelance Court Stenographer in the New York State Court System, appearing in most local and County Courts, as well as the Grand Jury Bureau for the Westchester County District Attorney's Office. I've owned and operated a Freelance Court Reporting Business for many years. My husband, a retired Mount Vernon Police detective, is currently a Criminal Investigator in the Westchester County District Attorney's Office. I tell you this because we are aware of the serious nature of the offenses and have an understanding of the criminal justice system.

I am the youngest of four siblings, Gabe being the eldest. We unfortunately come from a broken family. Our mom left the family home when I was eight, Gabe being fourteen. Upon Mom's departure, Gabe sat his siblings down and explained how important it was that we all stay together as a family and the importance of the family unit. My fear was removal from our home and breaking our sibling bond. Gabe reassured all of us that he would never let that happen, no matter what. From that point on, Gabe assumed a parental role far beyond his young teenage years. He saw to it that homework was done and a meal was on the dinner table. He helped with homework and the everyday problems that occurred in our household. A few years later, when he became of age, and while our Dad was working long hard hours as a car mechanic during the day, Gabe was working long nights as a waiter to help with the bills, including paying me a weekly allowance!

Gabe has always been there for me, from teaching me how to drive to walking me down the aisle on my wedding day. Any success I have had through life is a large part due to his guidance and inspiration. He has and still is my anchor.

My husband and I sold our home in 1998. Gabe insisted we move in with him until we found our new home. We agreed and took up residency with him for the next eight months. During that time, with my husband working long hours, Gabe helped me in finding our new home. He spent endless hours with me and the realtor. He helped orchestrate the movers as well as making sure we had food and drinks delivered to our home on moving day!

His generosity and kindness extended not only to his family but to total strangers. I was a volunteer for many years with the Make a Wish Foundation. I always knew I could count on my brother's donation to help make our holiday party a success. His visits to our parties would no doubt have our "Wish Kids" laughing and having fun as children should. He taught me how to give without expecting anything in return. He is a kind, gentle and extremely generous person.

In keeping with his character, Gabe has acknowledged his errors, which unfortunately was criminal. The entire family is saddened by what has happened and want you to know how sorry we all are for what happened.

In closing, although I am very saddened by his recent guilty plea, I hope and pray you can see beyond this mistake and take into consideration the kindness and compassion he has demonstrated throughout his life.

Very truly yours,

Gail M. Letizia-LaRotonda

# EXHIBIT #5:

# Letter by Jerry Koshel

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Karas:

I am aware that Gabriel Letizia is facing accusations sentencing in Federal court. I met Gabriel, "Gabe" Letizia in the spring of 1991. He had moved into the residence next to where I was living. We had a shared driveway, and the houses were about 50 feet apart, and the garages about 100 feet apart. My side door faced his back door, and we ran into each other several times a week along the shared driveway. Gabe and I did the yard work for our respective residences, including mowing our lawns and shoveling snow. We saw each other outdoors on a regular basis and talked often. Gabe was relatively shy when we first began interacting, but he has remained a soft-spoken, but spirited personality for the 28 years I have known him. As sophisticated as Gabe is, I think of him as "down to earth" more than anything.

He is humble, self-effacing, empathetic, sympathetic, and compassionate more than anything else. I have told Gabe (and even some of his friends) on several occasions, "I would not be alive if it wasn't for you." This is the most important, most salient, most true thing I have to say about my friend, Gabriel. I am stating this fact about Gabriel first in this letter, because it is the foremost thing I have to say about him.

I have been a special education teacher for over 30 years, and for 16 of those years, I worked with the severely emotionally disturbed. Since then I have worked with teens and young adults with autism. All of these 30-plus years have been with New York City Public schools in the South Bronx. I have always been into sports, and played Little League for 10 years. I ran track in junior high school and college. I was an independent runner in high school, and as a teacher I have run 5 marathons. I have also been a long distance cyclist, and bicycled thousands of miles in one summer alone. I have 2 masters degrees. I served in the U.S. Navy reserves as a Petty Officer 3rd Class, training for its physical requirements.

Nonetheless, I have had more than my share of injury and illness. It has been through incredibly tough times on a number of occasions, that Gabe Letizia has been there to give me much more than needed emotional support. I am truly moved by the kindness Gabe has shown me. He has been far more kind to me than any family members, or other friends I have ever had. I am grateful to God that Gabriel has been in my life, because once again, I believe I would no longer be here if it were not for him. I am glad that I have said this much so far in this letter. And so, there are many things I can say about Gabe. He is certainly sympathetic and caring and compassionate. He is a well-rounded individual, a renaissance personality of sorts. He is a hard-working, generous, talented person and a true buddy. Writing a letter about all the positive things that Gabe Letizia represents is easy. The hard part is how to organize it. So many thoughts and incidences come to mind all at once.

Gabe is a soft spoken, but spirited personality. He has always had a variety of friends, and I am glad to be one of them. Gabe is educated, and also has working-class roots. His dad and

uncles were mechanics. He has occasionally made mention of going to work with his dad at a gas station in the Bronx where his father was the mechanic. Gabe would say his father took him to work on a regular basis, as a young boy in grammar school through high school. His father gave him responsibilities ranging from cleaning the restrooms to assisting him with repairs.

Gabe has a great appreciation for diverse cultures, and has been to Africa, Israel, India, Mexico, Costa Rica, Puerto Rico and Dominican Republic. He has taken his brother Gary with him on 9 one of his trips to India. He gave a beautiful Nissan car to Gary. Gabe provided tickets to shows at Radio City Music Hall and Madison Square Garden for his teacher-sister, Geri's class to attend many-a Christmas season. Gabe did this for my own class; and additional classes at my school five different years at Christmas time. Boy did he make students happy! Some were still talking about attending one of these shows, years after they happened. When Wally, who was a house painter and Viet Nam veteran, fell on hard times, Gabe got him a new pick-up truck because his old truck had worn out. Gabe is always generous, at all times. I have never told Gabe that I know of one category of generosity by him that was secretly told to me. Gabe has two children from when he was married. How sad he was that he did not see his children, was one of the first things he told me when we first met. The woman he lived with for many years had a daughter that he also treated like his own. When she had children he bought them many gifts. He was close to her husband, and perhaps still is, and he is a plastic surgeon. He told me that Gabe did not want it to be known, but that he was paying for underprivileged children born with birth defects such as hare-lips, to have them surgically repaired.

I have never had a friend as kind and supportive as Gabriel Letizia, and I know he has been this way to others as well. When I had chronic gum infection that dentists would not address for several years, I was failing in many ways because of this illness. I was not at full strength. I became bloated. I would have dizzy spells, my eyes were always heavy-lidded. Gabe helped me when I could not make ends meet. He helped me in ways both big and small. He would juice fresh produce for me, and he gave me an oxygen generator.

I also had twice been rear-ended in my car, both times stopped at a red light, two years apart. My neck and back were injured and weakened. He always tried to help me in any way he could. He gave me bovine cartilage to help my injuries heal. He could see that I was weak, and he cared. I also had sleep apnea that was undiagnosed for years. This too was making me very weak. Even when the sleep apnea was diagnosed, I was given a CPAP machine that did not work. The early CPAP machines were poorly designed. It was six years later that I received a highly computerized CPAP that was, and still is effective.

During these years of such extreme mental and physical challenge and weakness, my suffering was so great, that I believe if it were not for the care and help by Gabe Letizia, I would have died in some way from all the stress. I was slowly dying, as it was, from sleep deprivation. I was nodding off during the work day and getting in trouble for it. I was having trouble staying awake at the wheel. If it were not for Gabe to care, to give me help and hope when I needed it, to pray with me, I would have given up. Life had become a physical torture and Gabriel helped me endure until I received the functional CPAP machine. I consider it some kind of a miracle that I lived to that point. I was constantly praying throughout every day for years that I could "just get by" each day. The sleep apnea and the chronic gum infection both kept getting worse. I began waking up in the middle of the night choking/suffocating, as will happen with advanced sleep apnea.

This is the kind of person Gabe Letizia has been for the almost 30 years I have known him: reaching out to as many people, in as many ways as he possibly can. God bless Gabe Letizia, because he is a spirited person who has helped so many people.

Sincerely,

Jerry Koshel

# EXHIBIT #6:

## Letter by Neema Moghadam

The Honorable Kenneth M. Karas

United States District Judge

Southern District of New York

The Hon. Charles L. Brieant Jr.

Federal Building and United States Courthouse

300 Quarropas St.

White Plains, NY 10601-4150

Dear Judge Karas,

My name is Neema Moghadam and I have known Gabriel Letizia as a friend and father-figure since I was 5 years old in 1995. I am aware that he is being sentenced in a federal criminal case. I am a VP at a software company and lead an organization of 35 employees. My wife and I live in Denver, Colorado.

Gabriel has been there, year after year, as I navigated childhood, my teenage years and through adult-hood. He is someone that I can count on and his consistency and love for me was best exemplified when him and my mother ended their relationship. He knew I needed him the most through that time and our relationship did not miss a beat. That stability through unstable times allowed me to stay balanced and keep developing as a productive member of society. He's kept a strong bond and consistent bond with me, my brother and my cousin.

It was just 3 days after September 11th 2001. As an 11 year old child, I felt confused, scared, worried and overwhelmingly helpless. My most distinct memory of that tragic time was when Gabe and I went to the supermarket with a printed list of needed supplies and loading up 2 full shopping carts with medical supplies and other essential items. The next morning, we went to ground zero and dropped off the supplies to the first responders and at that moment and through a vivid example, Gabe taught me what it meant to be a giving member of our community.

Gabriel is a loving and caring person and taught me to treat people the right way, no matter who they are. When I was 15, I was at Gabe's office and he had Painters at his facility doing renovations and I noticed how Gabriel would communicate with them with such love, care, and respect. It was like a long-time friend to another friend and that taught me that no matter with whom I am interacting, I should lead with care and love.

Gabriel Letizia is a consistent, giving and caring, decent man and he's been there for me from the moment I met him to today. I hope my letter has given you some additional context to who Gabriel is to me and to our society.

Sincerely,

Neema Moghadam

Moghadam, Neema
DocuSigned by:
E1240AEA61604F7...

# EXHIBIT #7:

# Letter by Naveed Moghadam

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brian. Jr. Federal Building and
United States Courthouse
300 Quarropas Street
White Plains,  N.Y. 10601-4150

Naveed Moghadam
12 Gurnee Ave
Nyack, NY 10960

I am writing you in regard to the sentencing of Gabriel Letizia ("Gabe"). Gabe has been a father to me since I was 8 years old. Today, at 33, it's without a doubt that knowing him during my formative years was a major contributor to my success and happiness in life. I still maintain a close relationship with him well over a decade after he and my mother ended their relationship.

Gabe has been a mentor and role model for me like none other. In the middle of a heated divorce between my parents, he was the one inviting everyone from both sides to come to *his* home for a full barbecue (despite being a vegetarian!).

When I was just 10 years old Gabe took my younger brother and I on a tour of Rome and the Vatican. When I was learning how to drive, he was the first one to volunteer to teach me with his own cars. When I was failing my middle school classes he reframed my perception of school and the work necessary to succeed so that I turned my grades around. When I needed a summer job he gave me the opportunity to intern and join the cleaning crew of his laboratory. When he learned I was interested in Tennis, he bought me a tennis racket and took me to the US Open.

His compassion and care didn't just stop with me. My cousin Kyle Janati who Gabe barely knew was facing a time of crisis. His mother had passed away. He was struggling in High School. And his father was mostly absent. Upon hearing of this, Gabe would spend time speaking to Kyle by phone. Lifting his spirits and guiding him through the tough times. He would invite Kyle out to lunch to check in on him. He is a person who genuinely cares and goes out of his way to help people.

Thank you for taking the time to read this letter.

Best regards,

*Naveed Moghadam*

Naveed Moghadam

# EXHIBIT #8:

# Letter by Kyle Janati

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
17th June 2021

Dear Judge Karas:

My name is Kyle Janati, I am a Junior at Rutgers University and although I'm not related to
Gabe by blood, he has and always will be my Uncle. I am aware that Mr. Letizia has been found
guilty of a crime but I should not discuss the crime further.

Gabe has been a mentor in my life ever since I was eight years old when I lost my mother to
leukemia. He was dating my aunt Pari at the time, the mother of Neema & Naveed Moghadam
who are also writing letters to help Gabe during these difficult times. These people have been my
closest family over the past twelve years, Gabe is at the forefront of that family.

I had a very unorthodox teenage life, having to go through hardships that I hope my future
children will never have to go through. It all started my Freshman year of High School when my
Dad had to leave for Iran due to family emergencies. When he left, I had no one. In my
Freshman and Sophomore years of High School, I was living by myself in the small town of
Easton, CT. I was alone, scared, and my dad didn't even know when he was coming back. My
only family during this time were my best friends, along with Pari, Neema, Naveed, and Gabe.

Before I start to talk about how Gabe has impacted my life, I want it to be clear that Gabe never
had to do any of this, he never had to develop a relationship with someone who isn't even family
to begin with, after all, his relationship with my Aunt ended over a decade ago. Even though he
didn't have a relationship with my Aunt anymore, he still made a constant effort to stay close
with Naveed, Neema, and me. I am forever grateful that I have a person with such care in my
life.

From day one, Gabe made it his mission to be a father figure in my life, much like he had already
done with Neema & Naveed when their Dad had left them at a young age. Every week I would
get a call from him, he always started by asking, "How's it going K?" [K is a nickname he gave
me, I call him G], then we would talk about different things to get my mind off of my situation.
At the end of every call, he would always ask me when I was coming to the city so we could
hang out with each other.

Every three weeks or so, I would ask one of my friend's parents to drive me to the train station and I would catch an hour train ride to Grand Central to stay with my cousin Naveed. The next day Naveed, Neema, and I would make a plan with Gabe, which could have involved many things. I feel like during that year we may have eaten at every restaurant around Columbus circle, sharing laughs, stories, and life advice. These three are my mentors after all. Gabe only cared about the three of us having a good time, he would sacrifice anything just to see smiles on our faces. One of the most memorable experiences in my life is when Gabe took us to see the premiere of Interstellar in IMAX at the 2nd largest screen in North America. That will always be my favorite movie, Gabe made that possible.

I still think about how those weekends in the city with Gabe made me feel. They were what kept me going in a life that I was just trying to survive in. To this day, we all try to hang out once every few months or so, we even have a group chat that we frequently talk in called "The Boys".

He is the man who told me that adversity makes us stronger no matter what the case, he is the man who will always be my mentor, he's even the person who taught me how to drive.

Gabe will do anything for his family and I'm honored to call him my Uncle.


Regards,
Kyle Janati

*Kyle Janati*

# EXHIBIT #9:

## Letter by Shali Sterry

Shali Sterry
84 Montauk Highway
Westhampton, NY 11977

The Honorable Judge Kenneth M. Karas
United Stated District Judge
Southern District of New York
The Hon. Charles I. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

August 25, 2021

Re: Gabriel Letizia

To: The Honorable Judge Karas,

I am writing to you on behalf of Gabriel Letizia. I have known Mr. Letizia (Gabe) for over 30 years. During this time I have watched and personally experienced his consistent altruism and empathy towards his friends and family.

I was lucky to have Gabe enter my life as a teenager.  He was energizing, funny, caring and most of all a reliable role model.  As a confused teen, working through typical coming of age issues, Gabe was the one I could turn to for advice. He was my biggest cheerleader, my strongest supporter and the one who would guide and help me plan for my future.  Throughout my high school years I leaned on him for everything from prom issues to college applications. He was the one who moved me into to my college dorm.  He helped me plan my wedding.  In fact, he along with my father gave me away.

My first born was a preemie.  I was hospitalized  emergently and unexpectedly.   Gabe visited me daily. He brought me my favorite foods, always asking what I needed and wanted.  His presence was comfortingly in the time of need. He is the perfect mix of support and laughter! As my family grew and I had children, he became affectionately known as Grandpa Gabe. He filled the role of Grandpa with the same energy and love as he did everything else. My children looked forward to seeing him and sharing their latest feats with Grandpa Gabe. He became their confidant as is his special way.

So many warm loving characteristics make Gabe a beacon for me. Throughout my life, I knew he was always dependable. The eternal optimist and problem solver, he is known to be the one to call for help and advise. Whatever he has he will share with those in need. However he can

help, he will offer it, with no thought for his personal needs. His loving guidance and support are his trademark. I witnessed first hand how people gravitate towards Gabe, depend on him for advice and support, or simply enjoy spending time in his company.   He is consistently a giver, a nurturer, a supporter, a motivator, and problem solver.   I, for one am truly blessed to have had Gabe enter my life when he did.  He is a person I cherish and will forever be grateful for the love and guidance he provided.


Sincerely,

Shali Sterry

**EXHIBIT #10:**

**Letter by Thomas P. Sterry, MD**

# Thomas P. Sterry, MD

July 9, 2021

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brian Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Karas,

I have known Gabe Letizia since 1996 and have been impressed with him as a person ever since. The current circumstances are shocking and I continue to find it hard to believe that he is in this situation.

The Gabe I know has been a wonderful stepfather to my wife, and a fantastic grandfather to my children. He goes out of his way to spend time with all of us. On Sunday mornings he might spontaneously arrive with Japanese pastries and small gifts for the children. He has spent hours making plans to build a "Batman" suit with my oldest son creating actual designs on paper. He entertains everyone around him with his self deprecating sense of humor. And nothing is below him. When he saw me struggling to rebuild my 1969 MG, he rolled up his sleeves and helped out with wrench in hand.

In times of stress, Gabe is also a terrific guy to speak to. He is deeply spiritual and finds a way to relate and philosophize in any situation. I have seen him empathize with people in a variety of situations. This includes a cousin who was pregnant out of wedlock who was scared, confused, and isolated. She was petrified to discuss this with her mother or father, but felt that she could ask Gabe. He called my wife and I to help out while he gave her emotional and financial support. Another example was the time he got a homeless man who was begging to sing him a song. The two of them eventually started singing "Mr. Bojangles" together and literally dancing in the street. It was the kind of marvel I wish you could see to appreciate what a special kind of guy Gabe is.

I appreciate your considering the warm and colorful side of Gabe before you pass sentence upon him.

Respectfully,

Thomas P. Sterry, MD

# EXHIBIT #11:

# Letter by Christina Andrianopoulos

**Christina Andrianopoulos**
111 Amherst Street
Worcester, MA 01602
774.420.4600
TheOmegaGroup.tv@gmail.com

May 28, 2021

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY

RE: Gabriel Letizia Character Reference

This letter is in reference to the sentencing of Gabe Letizia in the federal criminal case against him. It saddens me that Gabe Letizia is experiencing problems with the Federal Government and I wanted to reach out as a character reference on his behalf. I am a Strategic Marketing, Communications and Operations executive having served as a senior marketing and operations executive for organizations that also includes extensive USA and global consulting. I also serve on many not for profit boards, was appointed Deputy Sheriff for the Worcester County Sheriff's office and also appointed on the Massachusetts Port of Authority Airport Commission representing Worcester Regional Airport. I also am very involved with my Greek community having served on the Cathedral's Parish Council (the elected governing board) for 6 years and 5 of those years on the Executive Committee as Vice President. Due to the pandemic, I have offered my services to many Covid19 programs including working with Massachusetts Governor Baker's Community Tracer Collaborative case investigation and contact tracing initiative with Partners In Health, the New Hampshire Department of Health and Human Services-Bureau of Infectious Disease Control as Investigation Branch Director, Berklee College of Music Student Enrollment and Diversity Covid19 program, and most recently, the Boston Medical Center managing a Boston Community Vaccination Clinic as Clinic Operations Manager. I am a respected business executive and community advocate.

My greatest pride is being a mother to two beautiful young adults, Thomas and Emanuelle who is applying to medical school. I have been a single mother for most of their young lives due to their fathers having passed from cancer. I moved back to Worcester, MA my hometown 18-years ago from NYC to help with my parents' care due to chronic illnesses. They subsequently passed away.

I met Gabe Letizia approximately 30 years ago in New York City. He was lifelong friends with my dear friend Ruth Bordas-Hercolani who passed away 3 years ago. Needless to say, our families bonded and we became fast friends spending many holidays together, as well as socializing both in the city and at our respective vacation homes in Long Island and Cape Cod. Being a professional business woman in marketing, Gabe invited me many times to visit his lab in New City, NY and I was fascinated by the work he did. Frequently, I and many other respected business and clinical professionals, were invited to his presentations of cutting-edge studies in healthcare and healthcare products. He was a gracious host and we were all impressed with his offices and laboratories in which he did his research for his clients.

Gabe and I had many, many discussions throughout the years and I was amazed at how worldly knowledgeable he was. He also led a very spiritual life and held himself at very high standards traveling many times to spiritual retreats or hosting them at his complex. He loved my kids treating them as his own and one of our favorite visits was with Gabe and Ruth.

Still suffering from PTSD due to a criminal incident I was victim of during one of my international travels, I feel it's very important for me to highlight this incident and reflect on how Gabe was instrumental in helping me stay safe and return to the United

States. In September 2013, I took a trip to Liberia, West Africa, representing a business client. I had been invited to meet a business entity to continue discussions of the possibility of a public, private, partnership in mobile advertising media. Liberia being an emerging country has a collaborative relationship with the USA who offers aide for many programs. Having traveled to Africa many times in the past, I felt very comfortable traveling alone. Unbeknownst to me, I was soon to find out that I was the target of a criminal ring that immediately upon my arrival kidnapped me and held me hostage placing a 5 million dollar ransom on my life. As you can imagine I was terrified and feared that I would never see my children or my family again. I was held captive in a boarded up house, tied up and beaten daily with threats of being killed if my family and friends did not produce the ransom for my release. As soon as my family learned that I was kidnapped the FBI got involved. Gabe was also one of the first to be notified knowing that Gabe had international connections and might be able to help.

Gabe did not hesitate to step in and my understanding is that he reached out to military officials he knew in Africa pleading to see if they could help. Within 3 days I was miraculously released being told that they were notified that "if they don't release the American woman, there would be an army looking for them." Whatever Gabe did, it frightened them to the point where I was dumped at the side of a road hurt but alive. This is Gabe, he bent over backwards to help when needed, especially the people he respected and cared about. Unfortunately, there were not many other people who stepped in because of their own fear. His professional foundation pales compared to his inner beauty reflected by his kindness, integrity and friendship being there whenever he was needed.

Gabriel Letizia has offered his services and care to many and has touched and helped many lives including mine and my family.

I am available to meet and further discuss my relationship with Gabe if needed.

Sincerely,

Christina Andrianopoulos

# EXHIBIT #12:

# Letter by Michael LaRotonda

Michael LaRotonda
16 Saxon Wood Park Drive
White Plains, New York 10605

The Honorable Kenneth M. Karas                              July 18, 2021
United States District Judge
Southern District of New York
The Hon. Charles L. Brient , Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York  10601-4150

Dear Judge Karas:

Thank you for extending me this opportunity to write on behalf of by brother-in-law, Gabriel Letizia.

I have been in the Letizia family for twenty eight years. Over time, Gabe has become like a brother to me. I have no living siblings.  I consider Gabe as a brother. We are very close. Knowing him for this amount of years I have seen how he always takes care of friends and family.  He is the type of man that will literally give you the shirt off his back and expect nothing in return.

Many years ago my wife and I sold our home in Mount Vernon.  Gabe immediately stepped up and offered us his home for as long as needed.  He asked for nothing in return other than for us to save as much as we possibly could to help offset the expenses he anticipated we would incur during our move and he was right!   He always had a way to anticipate what needed to be done and this is just one of many times he has helped us.

In 2015 my mother-in-law became ill with cancer. As with most cancer patients she was in constant need have around the clock care.  We eventually moved her into our home to live with us. While I was working long hours and my wife trying to hold her business together, Gabe once again came to the rescue and would transport her to and from her medical appointments to ease our burden.

I have been in the Criminal Justice System for thirty-eight years, twenty-one of those as a detective with the City of Mount Vernon Police Department and seventeen years as a Criminal Investigator in the Westchester County District Attorney's Office.  I have had opportunities to see the

good and bad in people and I've come to learn, at times, good people make mistakes.  Most times it's unintentional.


Very truly yours,

*Michael LaRotonda*

Michael LaRotonda

# EXHIBIT #13:

## Letter by Jill Hollander

July 11, 2021

The Honorable Kenneth M. Karas
United States District Judge
Southern District New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Dear Judge Karas:

I am writing regarding the federal criminal case and sentencing pending against Gabriel Letizia.

I first met Gabriel Letizia many years ago. We have both participated in meetings and service activities conducted by a spiritual/service organization in New York City. In past years Gabe assisted with supplies, set up and preparation of meals delivered at shelters and designated locations. I know him to be a team player who is ever willing to help wholeheartedly and energetically.

It was in 2013 that I got to know Gabe as a friend. At that time, I was starting cancer treatment and was not working. Previously I was employed as an administrative assistant in the office of an eye surgeon. Gabe kindly and discreetly asked about my living expenses. Seeing that they had become overwhelming, he helped me with medical insurance and personal expenses on an ongoing basis. He has also assisted with rent payments. When back rent had accumulated, Gabe brought me to an attorney and covered the high cost of an arrears settlement.

In 2013 Gabe gave me the gift of a three week stay at Hippocrates Health Institute in Florida. Nutritional health education is provided there for people with health issues, primarily cancer. This has been an invaluable help for me. Gabe continues to assist in many ways, even with his current financial setbacks. I know him as an exceptionally selfless and caring person.

Gabe is a talented pianist with appreciation for many types of music. He is well educated and traveled. Gabe is always friendly good company with many interests. I know him to be genuine in his spiritual pursuits having attended prayer services with him. I have seen that he is an extremely ethical, hardworking person. This is evident in his dedication to AMA Labs.

Gabriel Letizia is a sincerely kind person, dedicated to improving the lives of others. There is much more that he has done to help me than is mentioned here. I also know of others he has helped. I am profoundly grateful for his friendship, rare generosity and extraordinary compassion.

Sincerely,
Jill Hollander

# EXHIBIT #14:

## Letter by Gabriel J. Letizia, Jr.

Gabriel J Letizia, Jr.
Box 16
Valley Cottage, NY 10989
914 645 6584

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
May 3, 2022
Re: 7:19-CR-00548-KMK

Dear Judge Karas,

I was a businessman who stole.

The Prosecutors office allowed me to plead guilty to a 5 year felony and 2 FDA
misdemeanors.
I have agreed to pay restitution of 44 million dollars in the years going forward that God
grants me.


My business has been lost, my property foreclosed, and I have been shamed in my
family, business and religious community.

Judge Karas, you will decide if I am to lose my freedom and liberty, and if so, for how
long.
The only thing I ask for myself is that you consider the whole man and also the good that
I have contributed in my life, as well as my crime.


I am flawed and will spend the remainder of my days repenting for my previous
transgressions and asking for forgiveness.

Thank you Sir for the kindness, respect and wisdom which you have shown me during
these proceedings.

Most sincerely,


*Gabriel J Letizia*

Gabriel J Letizia